FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2009 DEC -7  PM 4: 22

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

In re:

**William H Hall**
SSN: XXX-XX-8483

Debtor(s)

Case No. 08-29240 WTT
Chapter 7

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned

bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of

payment of small dividends in to the United States Bankruptcy Court registry and represents to the

Court that:

1.      On November 30, 2009, the Court approved the trustee's final report and proposed

distribution.

2.      Pursuant to the proposed distribution, the following are the unsecured creditors

having dividends less than $5.00:



| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|-----------|-----------------|--------------------|------------------|
| 4. | Arizona Federal CU<br>Travis Boontjer | PO Box 60070<br>Phoenix, AZ 85008 | $1.43 |

3.    These funds are on deposit in Bank of America, account number 4437271181.

4.    A check in the amount of One Dollar and Forty-Three Cents ($1.43), representing

said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** this 7th day of December, 2009.

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2009, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

> Office of the United States Trustee
> Attn: Rayla Meyer
> Ken Garff Building
> 405 South Main Street
> Suite 300
> Salt Lake City, UT  84111

> William H Hall
> 4839 South Atwood Boulevard
> Murray, UT 84107

> Perry Alan Bsharah
> Bsharah Law Group
> 231 East 400 South, Ste. 350
> Salt Lake City, UT 84111-2831

Date:  12/07/09

# DIVIDENDS REMITTED TO THE COURT

Case Number 08-29240 - Hall, William H

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Arizona Federal Credit Union** | **000004** | **48.90** | **1.43** |
| **Travis Boontjer** | | | |
| **PO Box 60070** | | | |
| **Phoenix, AZ 85008** | | | |
| xxx388-0 negative account balance | | | |
| ---------- Remittance Total -------------- | | **48.90** | **1.43** |

Elizabeth R. Loveridge, Trustee